JS - 6/ENTER

**FILED**
JAN 14 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD CUNNINGHAM,<br><br>    Petitioner,<br><br>    v.<br><br>T. GONZALEZ, WARDEN, et al.,<br><br>    Respondent. | Case No. CV 12-9913-MWF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is dismissed with prejudice.

Dated: January 14, 2013

_/s/ Michael W. Fitzgerald_
Michael W. Fitzgerald
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 14 2013
1
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY