JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DONALD CUNNINGHAM,

    Petitioner,

v.

T. GONZALEZ, WARDEN, et al.,

    Respondent.

Case No. CV 12-9913-MWF (MLG)

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is dismissed with prejudice.

Dated: January 14, 2013

Michael W. Fitzgerald
United States District Judge